F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01168-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MICHAEL HATCHETT,

    Plaintiff,

v.

DEPUTY ORTIZ, In His Individual Capacity,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or

|      |      | habeas application |
|------|------|---|
| (9)  | __   | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | xx   | other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u> |

**Complaint, Petition or Application:**

| (11) | __ | is not submitted |
|---|---|---|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 6, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01168-BNB

Michael Hatchett
Prisoner No. 67250
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 6, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk